UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEM VASKANYAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES JANECKA, Warden, Adelanto ICE Processing Center, THOMAS GILES, Los Angeles ICE Field Office Director, TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI; Attorney General of the United States,<br><br>　　　　Respondents. | Case No. 5:25-cv-01475-MRA-AS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE BY 14 DAYS AND EXTENDING TEMPORARY RESTRAINING ORDER FOR 14 DAYS** |

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that the hearing on the Order to Show Cause as to why a preliminary injunction should not issue, previously set for July 7, 2025, at 11:00 a.m., is continued to **July 21, 2025, at 11:00 a.m.** The Temporary Restraining Order in this action is hereby extended for the same duration. Respondents are ordered to show cause on or before July 17, 2025, as to why a preliminary injunction should not issue. Petitioner shall have until July 19, 2025, to respond.

Dated: July 3, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MONICA RAMIREZ ALMADANI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE