JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEM VASKANYAN,<br><br>            Petitioner,<br><br>      v.<br><br>JAMES JANECKA, et al.,<br><br>            Respondents. | Case No. 5:25-cv-01475-MRA-AS<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Granting Petitioner's Petition for Writ of Habeas Corpus and Ordering Immediate Release,

    IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and that Judgment is entered in favor of Petitioner and against Respondents.  The Order constitutes final disposition of the Petition by the Court.

    **IT IS SO ORDERED.**

Dated: July 18, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE